DAVID HOROWITZ and Another v. LOUIS DIAMOND and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE GROSSMAN and Another v. MISSY DRESS, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

EDWARD MURPHY v. WEST 218TH STREET GARAGE, INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FOREST HILLS TERRACE CORPORATION v. ALMANAC HOTEL CORPORATION, INC., and Others, Defendants, Impleaded with S. W. STRAUS & Co., INC., and Another, as Trustee, etc., Respondents, and CROKER ELECTRIC, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY TRIANO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX STEINBERG.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD PRUCKA.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH GAVIGAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANGELO ZAFFARANO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MEYER FINKELSTEIN and Another. — Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CLIFFORD MORRIS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY KRETT.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSIE B. HERZIG v. LEO S. HERZIG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET McDERMOTT v. SUPERBA TAXI CORPORATION. MAE GILHOOLEY v. SUPERBA TAXI CORPORATION. META STEINKAMP v. SUPERBA TAXI CORPORATION. JAMES McDERMOTT v. SUPERBA TAXI CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.